# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mitchell J Thompson, et al., | No. CV-17-00034-TUC-JGZ |
| Plaintiffs, | **ORDER** |
| v. | |
| Nationstar Mortgage LLC, et al., | |
| Defendants. | |

Upon review of the parties' Stipulation for Dismissal with Prejudice (Doc. 23) and good cause appearing,

IT IS ORDERED THAT the Stipulation (Doc. 23) is GRANTED.

IT IS FURTHER ORDERED THAT this matter is DISMISSED WITH PREJUDICE, each party to bear its own costs and fees.

Dated this 15th day of February, 2018.

*[signature]*
Honorable Jennifer G. Zipps
United States District Judge